# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00174-CV

**Continental Homes of Texas, L.P. f/k/a Continental Homes of Dallas, L.P./Royal Insurance Company of America, Appellants**

**v.**

**Royal Insurance Company of America/Continental Homes of Texas, L.P. f/k/a Continental Homes of Dallas, L.P., Appellees**

### FROM THE DISTRICT COURT OF TARRANT COUNTY, 348TH JUDICIAL DISTRICT
### NO. 348-185101-00, HONORABLE DANA M. WOMACK, JUDGE PRESIDING

Appellant/cross-appellee Continental Homes of Texas, L.P. f/k/a Continental Homes of Dallas, L.P. and appellee/cross-appellant Royal Insurance Company of America have notified this court that they have settled the underlying lawsuit and have filed a joint motion to dismiss the appeal without addressing its merits. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).


Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Joint Motion

Filed: August 30, 2002

Do Not Publish